OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

April 29, 2020

Brandon N. Adkins Esq.
Zachary M. Fabish Esq.
Charles McPhedran Esq.
Mychal Ozaeta Esq.
Robert A. Reiley Esq.
Jesse C. Walker Esq.

RE: Sierra Club v. EPA
Case Number: 19-2562
Agency Case Number: EPA-R03-OAR-2017-0290

Dear Counsel,

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits **via audio-conference** is scheduled for **Thursday, May 21, 2020.** Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **10:00 a.m**. The Clerk's Office will provide separate instructions and contact information for the audio-conference in advance of the argument.

Counsel should read the instructions for oral argument. If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Appellants and Appellees are asked to provide a very brief summary of the issues in the case by docketing the **Summary of Oral Argument** event, located in the **Argument Notices & Acknowledgements** category, within five (5) days. This is part of a program to provide the public with information about the Court's cases. Both summaries will be posted on the Court internet site prior to the argument date.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **McKEE, BIBAS and NYGAARD, Circuit Judges**

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: s/Tiffany L. Grier
Calendar Clerk
267-299-4905

Case: 19-2562　Document: 67　Page: 2　Date Filed: 04/29/2020