

GOVERNOR'S OFFICE OF GENERAL COUNSEL
DEPARTMENT OF ENVIRONMENTAL PROTECTION

May 1, 2020

United States Court of Appeals
For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1790

RE:   Sierra Club v. EPA
      Case Number 19-2562
      Agency Case Number EPA-R03-OAR-2017-0290

In response to the Court's direction to provide a very brief summary of the issues in the case by docketing the Summary of Oral Argument event, located in the Argument Notice & Acknowledgments category, within five (5) business days, I offer the following Summary of Oral Argument on behalf of Respondent-Intervenor, Commonwealth of Pennsylvania, Department of Environmental Protection:

This case is about the U.S. Environmental Protection Agency's approval of a final rule promulgated by the Pennsylvania Department of Environmental Protection in 2016 that established pollution limits for certain coal-fired power plants in Pennsylvania. The question at issue is whether Pennsylvania properly determined the level of pollution that its fleet of coal-fired power plants can emit under Clean Air Act control requirements.

Respectfully Submitted,

ALEXANDRA C. CHIARUTTINI
Chief Counsel

ROBERT A. REILEY
Acting Director
Bureau of Regulatory Counsel

/s/ *Jesse C. Walker*
Jesse C. Walker, Esquire
Assistant Counsel
Bureau of Regulatory Counsel
PA Bar No. 317750
Commonwealth of Pennsylvania
Department of Environmental Protection
P.O. Box 8464
Harrisburg, PA  17105-8464
717-787-2243
jeswalker@pa.gov