Page 1

1  IN THE UNITED STATES COURT OF APPEALS

2  FOR THE THIRD CIRCUIT

3  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4  Sierra Club,

5            Petitioner,

6      v.                              Case No.

7  Environmental Protection Agency 19-2562

8            Respondent.

9  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10                        ORAL ARGUMENT

11  DATE:          Thursday, May 21, 2020

12  JOB No.:       4123955

13

14

15

16

17

18

19

20

21

22

Oral Argument - 5/21/2020

Page 2

1                    A P P E A R A N C E S

2    ON BEHALF OF PETITIONER:

3          CHARLES MCPHEDRAN, ESQUIRE

4

5    ON BEHALF OF RESPONDENT:

6          BRANDON N. ADKINS, ESQUIRE

7

8    ON BEHALF OF INTERVENOR PENNSYLVANIA DEPARTMENT OF

9    ENVIRONMENTAL PROTECTION:

10         JESSE C. WALKER, ESQUIRE

11

12

13

14

15

16

17

18

19

20

21

22

Page 3

1                        C O N T E N T S

2   ARGUMENT                                           PAGE

3        By Counsel for Petitioner              4

4        By Counsel for Respondent             22

5        By Counsel for Intervenor             40

6        By Counsel for Petitioner             48

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1              P R O C E E D I N G S

2              THE COURT:  And now Mr. McPhedran, are you

3  ready to go?

4              MR. MCPHEDRAN:  I am ready to go.

5              THE COURT:  Okay.  If you can help -- well, I

6  need your appearance first.  Then I have a question

7  for you.

8              MR. MCPHEDRAN:  I'm Charley McPhedran for

9  Petitioner Sierra Club.

10             THE COURT:  Thank you.  My question is:  The

11 five power plants that you selected that your friends

12 on the other side take some issue with in terms of how

13 representative they are and the time period during

14 which your numbers were compiled, how were those five

15 plants selected?

16             MR. MCPHEDRAN:  Well, it's our understanding

17 that there are approximately six plants to which this

18 rule applies.  These are very large coal-fired power

19 plants that employ selective catalytic reduction, this

20 --

21             THE COURT:  And I'm sorry.  I'm --

22             (Cross talk.)

Oral Argument - 5/21/2020

Page 5

1          THE COURT:  -- into your data with regard to

2     five to show why the limitations that have been posed

3     here are not realistic.

4          MR. MCPHEDRAN:  I'm sorry, Your Honor.  We

5     were talking over each other.  Could you repeat that?

6          THE COURT:  Mm-hmm.  I'm -- I saw you had

7     entered data, particularly from the Air Markets

8     Program, showing that five of the Pennsylvania power

9     plants that you selected had margins that were greater

10    than 1 -- 0.12 nitrous oxide per unit.  And I'm not -

11    those five I'm talking about that there's some debate

12    about how representative they are.  How did you pick

13    those five?

14         MR. MCPHEDRAN:  Well, these five are -- it's

15    my understanding that this rule applies to a very

16    limited number of plants.  The largest plants are what

17    we're arguing about here.  These are coal-fired power

18    plants of large capacity in Pennsylvania, which are --

19    the plants Montour, Cheswick, Keystone, Homer City are

20    in our list.  Bruce Mansfield is included in our list,

21    although that plant closed last year, I believe.  And

22    Conemaugh is the sixth plant that has recently --

1  relatively recently installed advanced controls,

2  selective catalytic reduction.

3         THE COURT:  Okay.  And again, those five were

4  not selected by you, actually, but by the EPA.  So I

5  may (inaudible) in asking that question.

6         MR. MCPHEDRAN:  Your Honor, I think I have

7  the right universe.  If you look at JA 329, there's a

8  chart that the Department has offered of plants,

9  including Homer City, Bruce Mansfield, Keystone,

10  Montour, and Cheswick, which are five of the six I

11  just mentioned.  And Conemaugh would be the sixth

12  plant with the more recent pollution controls.  That's

13  at JA 329.

14         THE COURT:  Okay.

15         MR. MCPHEDRAN:  Shall I proceed, or do you

16  have another question?

17         THE COURT:  No, no.  Go ahead.  Go ahead.

18         MR. MCPHEDRAN:  Thank you, Your Honor.

19         May it please the Court, Charley McPhedran

20  for Petitioner Sierra Club.  Pennsylvania suffers from

21  a chronic problem with ozone smog pollution.

22  Seventeen counties, the home to 8 million people in

1    our communities, suffer from increased emergency room

2    visits, hospital admissions, asthma attacks, and

3    compromised immune systems because of excess ozone

4    pollution.

5            There are three problems with EPA's approval

6    of the Department's rule.  First, the emission rate is

7    not supported and is arbitrary.  Second, the

8    temperature exclusion, the loophole, is also not

9    supported by evidence in the record.  And third, the

10   recordkeeping requirement, which hinges on

11   temperature, does not require reporting of temperature

12   and, therefore, is also arbitrary.

13           I'd like to start with the emission rate.

14   The reasonable available control technology standard,

15   in EPA's own terms, requires the adoption of the

16   lowest and toughest emission rates.  This is what EPA

17   calls a technology-forcing standard --

18           JUDGE BIBAS:  Okay.  But this is not best

19   available control technology.  This is reasonable

20   available control technology.

21           MR. MCPHEDRAN:  That's correct, Your Honor --

22           JUDGE BIBAS:  Okay.  It sounded like you just

1    equated that standard with what I understand BACT to

2    require.

3              MR. MCPHEDRAN:  Well, I almost got to the end

4    of my sentence.  I was going to qualify what I was

5    saying by --

6              JUDGE BIBAS:  All right.

7              MR. MCPHEDRAN:  -- what EPA has said, which

8    is considering technological and economic feasibility.

9    So there is that qualification.

10             EPA has said that economic feasibility is

11   based on evidence that other sources and facts have

12   applied the control technology in question.  So if you

13   look at that economic feasibility standard and you

14   think about the plants in Pennsylvania, this rule

15   applies only to plants that already have the gold

16   standard, that already have selective catalytic

17   reduction.

18             So there's no question, we believe, about

19   technological feasibility.  The question is this

20   number, this 0.12 rate.  This is pounds per million

21   BTU of nitrogen oxides that EPA has adopted.  And

22   fundamentally, EPA has not supported its 0.12 number -

Oral Argument - 5/21/2020

Page 9

1    -

2              JUDGE BIBAS:  Okay.  So --

3              (Cross talk.)

4              JUDGE BIBAS:  Question:  What do you say to

5    the charge that you've cherry-picked your data?  Why

6    is it that you think the RACT standard should be the

7    19th percentile performer, not the 10th percentile or

8    25th or 30th?  What makes that arbitrary and

9    capricious to select the -- that point on the

10   spectrum?

11             MR. MCPHEDRAN:  Sure.  There are a couple

12   reasons.  I mean, first, the first reason is the EPA

13   hasn't supported its decision of 0.12.  EPA has

14   identified -- and I refer the Court to JA 054, which

15   is EPA's seminal technical support document for this

16   rulemaking.  EPA refers to a range of emission levels

17   at JA 055 for this sort of technology, and that range

18   is 0.05 [corrected] pounds per million BTU to 0.25.

19   So again, the range is 0.05 [corrected] to 0.25.  EPA

20   has landed on 0.12, but they haven't explained why

21   0.12 is the correct number.

22             Part of the problem is that this number,

Oral Argument - 5/21/2020

Page 10

1   0.12, comes in from Pennsylvania DEP, which has looked

2   at historical average emissions for these plants.  And

3   that's that chart I mentioned a few minutes ago at JA

4   329 --

5           THE COURT:  329.

6           MR. MCPHEDRAN:  -- the list of plants.  And

7   the problem with an average is it just ratifies what's

8   gone before.  It picks up the levels of emissions

9   we've seen in the past without requiring advancement.

10          I thought I heard a question coming.

11          THE COURT:  No.

12          MR. MCPHEDRAN:  Okay.  So the data that the

13  Court asked about, about cherry-picking, we have

14  submitted data over a broad range of these plants for

15  the five still-operating plants.  And 150 different

16  months, we've matched the monthly average in the

17  Department's rule with monthly average data.  And that

18  data shows that these plants can do better.  In fact,

19  they've been doing better for many years.  And to say

20  that --

21          THE COURT:  They have to do better to survive

22  the level of deference that we have to support (ph)

1    the decision.  As Judge Bibas said before, it's not

2    the best.  It's just technically and economically

3    feasible, not the best, most efficient standard.

4            MR. MCPHEDRAN:  That's correct.  There are --

5    I apologize.  I'm not sure which Judge is asking which

6    question, but --

7            THE COURT:  I'm sorry --

8            (Cross talk.)

9            THE COURT:  -- identified myself.

10   (Inaudible) they can do better doesn't help us.

11           UNIDENTIFIED MALE SPEAKER 1:  Five minutes.

12           MR. MCPHEDRAN:  Okay.  I -- maybe I can get

13   into the alphabet soup here a little bit.  The best --

14   one of the judges asked before about best available

15   control technology, which is another of the Clean Air

16   Act's technology standard.  That's a standard that

17   applies under permitting.  Although it uses the word

18   "best" and this standard uses the word "reasonable,"

19   they do have a little bit in common because they

20   include a feasibility or cost element.

21           The way EPA has described the feasibility

22   piece here is quite specific in the general preamble

Oral Argument - 3/21/2020

1  that we cite in our brief at page 6.  And it applies -
2  - it regards whether this technology is widely
3  applied.  And it's obvious here that it is.
4          If I could talk for just a moment about
5  temperature and recordkeeping before --
6          JUDGE BIBAS:  Yeah.  Mr. McPhedran --
7          MR. MCPHEDRAN:  -- my time lapses.
8          JUDGE BIBAS:  -- let me take you to that.
9  The core issue that doesn't really get engaged very
10 directly in the briefs is what -- on temperature.  I
11 have a question on temperature.  And you talk about
12 temperature, and then we'll talk about recordkeeping.
13         The closest that the State and the EPA come
14 to justifying this has to do with ammonia slip, right?
15 They got the problem that the catalytic converters
16 don't work so well.  There's a falloff in efficiency.
17 You've got to inject ammonia.  You get ammonia slip.
18 You get ammonia bisulfate.  The sticky liquid is going
19 to gum up the catalytic converters.
20         And your response is, well, it's actually a
21 very short-term thing; it'll burn off overnight.  But
22 I didn't really see a lot of detail on this one way or

1   the other in the record.  What would you say about why

2   ammonia slip is really not that great a justification

3   for a cutoff at 600 degrees?

4           MR. MCPHEDRAN:  Well, Your Honor, I think you

5   just said it.  There's not much in the record about

6   ammonia slip.  And in particular, the Department and

7   EPA have not supported 600 degrees either with a cost

8   evaluation or, really, anything.  EPA didn't even

9   mention it in its proposed rule.  And in the final

10  rule, EPA acknowledged that neither EPA nor DEP

11  explained in detail why this temperature loophole

12  should be reasonably available control technology.  So

13  I think --

14          (Cross talk.)

15          THE COURT:  -- a loophole.  (Inaudible), can

16  you explain the loophole discrepancy?  Why is the 600

17  degrees a loophole?

18          MR. MCPHEDRAN:  It's a loophole because,

19  above 600 degrees, one level applies -- one level of

20  emission control applies.  And we have an argument

21  about whether that level of emission control is

22  sufficient.

1          But then below 600 degrees, that level is

2     disregarded, and another much less-stringent level up

3     to three times or more and as much pollution applies

4     below 600 degrees --

5          THE COURT:  So it's --

6          (Cross talk.)

7          THE COURT:  -- the hotter the action, the

8     more efficient the reaction.  That's true in any

9     chemical reaction.

10          UNIDENTIFIED MALE SPEAKER 1:  Two minutes.

11          MR. MCPHEDRAN:  I'm sorry.  Could you repeat

12     that, please?

13          THE COURT:  Yeah.  I said I would assume the

14     hotter the action, the more efficient the reaction.

15     And that's true of any chemical reaction.  So why

16     would it matter that much what happens below 600

17     degrees?  That's what I'm not --

18          MR. MCPHEDRAN:  Yes, Your Honor.  If you look

19     at -- there's a chart that both EPA and DEP have used

20     in their briefs.  It's on page 41 of DEP's brief.  And

21     I think it really goes to the heart of why the

22     temperature loophole is a bad idea.

Page 15

1            If you look at that chart, you'll see below

2    600 degrees there is still NOx reduction taking place.

3    In fact, at 590, 580 degrees, this technology, this

4    selective catalytic reduction, is still achieving 70

5    or 75 percent reduction.  And remember, these are the

6    biggest, most high-emitting plants in the

7    Commonwealth.  These plants are going to contribute to

8    that sector emissions of 25 percent of our NOx

9    pollution.

10           So if you can achieve a 70 or 75 percent

11   reduction by the application of selective catalytic

12   reduction below 600 degrees, you should.  And you

13   know, I defy EPA -- maybe I shouldn't say it that way

14   -- but EPA simply has not supported 600 degrees with

15   any cost data, with any information that would allow

16   the Court to find that it's not arbitrary to list the

17   -- to reduce, I should say, the emission control

18   requirement below 600 degrees.

19           JUDGE BIBAS:  Okay.  So what's your response?

20   The closest I took the EPA and Pennsylvania to be

21   responding to this is, when they picked the 0.12

22   standard, they threw out all the plants that were

Oral Argument - 3/21/2020

1   emitting more than 0.30.  And they did that on an

2   understanding that there are already a bunch of plants

3   that were emitting 0.30 because they were turning off

4   the catalytic converters when they were burning it too

5   low on temperature.  So it seems like the industry

6   practice is they had to do that because, otherwise,

7   they were going to be poisoning the catalytic

8   converters.  Is that not correct?  Is that not, in

9   fact, the way that this works in the industry, that

10  they just -- they have to bypass the catalytic

11  converters at lower temperatures?

12          MR. MCPHEDRAN:  Well, they have the

13  opportunity to average monthly.  And that should give

14  them some flexibility.  There's also flexibility in

15  this rule in system-wide averaging and the opportunity

16  for alternative limits.

17          But I think the core page of the record that

18  I would point the Court to again is JA 329, which is

19  this chart in the record of this rule that shows the

20  average NOx rate.  And I say average, in particular,

21  because it means not the better or best, but simply

22  ratifying the average rate.  And then it says

Oral Argument - 3/21/2020

Page 17

1  presumably when SCR is in operation.  So there's mixed

2  messages in the record about whether we're talking

3  about when SCR is operating or not.

4        But this chart, I think that qualifying word

5  really says a lot because we really ought to only be

6  looking at how well these plants do when SCR is in

7  operation all the time or almost all the time, subject

8  to (inaudible) qualification Your Honor just noted.

9  We really shouldn't be ratifying operations of plants

10  that are not operating SCR for whatever reason and

11  ratifying the higher average limit --

12        THE COURT:  Maybe I'm missing something.

13  (Inaudible) maybe I'm missing something.  But looking

14  at the chart, the only difference I see in the daily

15  or 30-day information is at Keystone Unit 2 and at

16  Montour Unit 2.  Otherwise, they're all the same.

17        MR. MCPHEDRAN:  Right.  And so I think it's

18  fair to look at the 30-day figure there because that's

19  the rule that the Department has proposed and EPA has

20  approved.

21        JUDGE BIBAS:  Okay.  So the -- you're

22  challenge to the 30-day period then seems to fall.

1   But that's not the problem.  Your problem is how

2   they're coming up with the 0.12 figure if they're

3   excluding all of the higher emissions that would bring

4   the -- they're both benefitting from 0.12, and they're

5   excluding all of the higher emission that's happening

6   at night.

7           MR. MCPHEDRAN:  Well, I think what I'd like

8   to focus on for this chart are the two things -- the

9   two words that I mentioned, "average" and

10  "presumably."  If the Department adopted a shorter

11  averaging period, that would make the rule more

12  stringent.  But for purposes of this aspect to the

13  argument, I'm willing to look -- focus on the

14  "average" and "presumably" aspects of this JA 329.

15          If I could say -- before my time expires, if

16  I could say a word about recordkeeping and then --

17          THE COURT:  Mm-hmm.  Please.

18          MR. MCPHEDRAN:  On recordkeeping, the Clean

19  Air Act requires enforceable emission limitations.

20  That's in Section 7502, cited in our brief and also in

21  EPA's brief.  And the problem here is the Department's

22  rule does not require recording or reporting of

1    temperature.  And --

2              JUDGE BIBAS:  Why don't the State

3    requirements do that?  Don't the State requirements

4    require them to report to the State all the things

5    required by the plan?  And the temperature is one of

6    those things.  And so why isn't that sufficient?

7              MR. MCPHEDRAN:  It's not specific enough.

8    There's no guarantee in the language in Rule -- I

9    believe it's 129.100.  Or, you know, the Department in

10   its brief spends four pages trying to gin up other

11   rules that might require reporting.  None of those

12   things serve as a basis for this rulemaking, and they

13   shouldn't be considered by the Court.  But I look at

14   them again.  Even if you do consider them, none of

15   them specifically require temperature.

16             Now, if you are on the Pennsylvania Turnpike

17   and you're driving on the Turnpike, you might be in an

18   area that requires a 70-mile-per-hour speed limit or a

19   55-per-hour speed limit.  If somebody's measuring your

20   speed and trying to figure out whether you're in

21   violation, they won't know unless they also know where

22   you are.

Oral Argument - 5/21/2020

1              And that's exactly the problem here.  Even if

2    you know the emission rate, if you don't know the

3    temperature, you don't know which side of this

4    temperature loophole you fall on, if you fall on the

5    more stringent or less stringent side.  So without an

6    explicit requirement to report temperature, there's no

7    way for DEP, for EPA, or my clients, who look at these

8    issues, too, to know whether these plants are in

9    compliance and what the NOx emissions are.

10             JUDGE BIBAS:  Mr. McPhedran, it's Judge

11   Bibas.  I'm looking at Rule 129.100.

12             MR. MCPHEDRAN:  Yeah.

13             JUDGE BIBAS:  And when I look under (d), the

14   owner or operator of an air contamination source

15   subject to this section and subject to 129.96 to

16   129.99 shall keep records to demonstrate compliance

17   and must include sufficient data and calculations to

18   determine -- to demonstrate that the requirements are

19   met.  Data or information shall be recorded and

20   maintained in a time frame consistent with the

21   averaging period.

22             I mean, maybe we should ask opposing counsel.

Oral Argument - 5/21/2020

Page 21

1    But why is it not sufficient if opposing counsel

2    assure us that the way that this is interpreted and

3    applied includes the temperatures required to police

4    this?

5            MR. MCPHEDRAN:  Your Honor, I can't bring a

6    citizen suit based on statements of opposing counsel

7    or even what's in a brief.  I need something that's in

8    a regulation that nails down the temperature, which is

9    an essential, really, indispensable aspect of

10   compliance with this rule that is reported to DEP so

11   our clients can get a hold of that data.

12           JUDGE BIBAS:  Can you get this by FOIA, by

13   Pennsylvania FOIA requests?

14           MR. MCPHEDRAN:  Well, how many layers of

15   difficulty do we want to face here?  I mean, a FOIA

16   request can be complied with or ignored by the Agency.

17   The company can make some claim about the data.  The

18   Agency has to want to go get the data.  Really, what

19   we need to know that these big polluters are complying

20   with NOx limits is for the company to keep the records

21   and report them to DEP.  Then we can go get them by

22   right to know or, as we do in the Commonwealth, what's

Oral Argument - 5/21/2020

Page 22

1  called a file review.  And that's a fairly easy way to

2  get data.

3          If they're at DEP, we can get it.  If there's

4  no temperature in the rule, we are not going to get

5  it.  And I would not accept the promise of some later

6  fix or improvement in this rule.  EPA's approval of

7  this rule as it stands now is arbitrary because it

8  doesn't apply reporting of the most essential data

9  point here next to emission rate.

10          JUDGE BIBAS:  All right.  We'll hear from

11  opposing counsel about how that's being applied and

12  look to his response.

13          THE COURT:  And thank you, Mr. McPhedran.

14          Mr. Adkins.

15          MR. ADKINS:  Yes.  May it please the Court.

16  My name is Brandon Adkins of the U.S. Department of

17  Justice.  I represent the Respondent United States

18  Environmental Protection Agency.

19          I'll address the following three issues:  EPA

20  conducted a --

21          (Cross talk.)

22          THE COURT:  -- Mr. Adkins.  How much time are

Oral Argument - 5/21/2020

Page 23

1   you taking for your argument?  There's --

2               MR. ADKINS:  I'll take 13 minutes for my

3   argument, Your Honor, and reserve 2 minutes for

4   Pennsylvania Department of Environmental Protection.

5               THE COURT:  Okay.  But two is going to mean

6   two.

7               Go ahead, Mr. Adkins.

8               MR. ADKINS:  Thank you.

9               First, EPA conducted a thoughtful analysis of

10  Pennsylvania's NOx limit for coal-fired boilers.  And

11  EPA's decision falls within an area of the Clean Air

12  Act where Congress left to EPA's expertise discretion

13  to determine what controls are reasonably available.

14  This area contrasts starkly with cases on which Sierra

15  Club relied where Congress required EPA to adopt

16  maximum achievable control technology based on data

17  from best-performing sources.  That's not the standard

18  at issue here, and EPA reasonably exercised its

19  discretion.

20              Second, Pennsylvania explained why market

21  changes required adoption of the inlet temperature

22  threshold.  EPA reviewed Pennsylvania's control

Oral Argument - 5/21/2020

Page 24

1    approach and determined that it was not consistent

2    with technical limitations and costs of SCR.

3           Third, Pennsylvania's NOx limit is an

4    enforceable emissions limitation.  The specific

5    recordkeeping requirement that Sierra Club seeks is

6    unnecessary.

7           With respect to my first --

8           THE COURT:  Well, explain the last.  Why is

9    it necessary?  How can they nor anyone know whether or

10   not you're complying with the necessary parameters

11   absent recordkeeping, you know, at what time a certain

12   temperature was achieved or emission was achieved?

13          MR. ADKINS:  Thank you.

14          The simple answer here is that, because the

15   rule requires operators to maintain data and

16   calculations to demonstrate compliance, it would be

17   impossible for an operator to demonstrate compliance

18   with this particular limit without having that inlet

19   temperature data.

20          You heard from my opponent that this was an

21   essential aspect of the rule.  We agree.  In fact, it

22   would be impossible for an operator to prove

Oral Argument - 5/21/2020

1  compliance without this data.  Pennsylvania's

2  Intervenor brief further demonstrates this

3  interpretation by -- and Pennsylvania is the State

4  Agency that is responsible for enforcement of this

5  rule --

6          THE COURT:  Right.  Am I missing something?

7  If it's necessary to record the data, what is

8  (inaudible) reporting it so that folks outside of the

9  industry know what -- whether or not you comply?  Am I

10  missing something?

11          MR. ADKINS:  No, Your Honor, I don't think

12  you are.  This is a general recordkeeping provision

13  that applies to the entirety of State of

14  Pennsylvania's SIP revision.  It's not just with

15  respect to this particular emissions limitation.

16  There's a laundry list of limitations that

17  Pennsylvania enacted, and it required recordkeeping

18  using this general provision.

19          Now, when EPA approved Pennsylvania's

20  approach here, it referred to other more specific

21  requirements that Pennsylvania has enacted.  And if

22  you look at the State-level rulemaking, particularly

Oral Argument - 5/21/2020

Page 26

```
 1   at pages JA 309 and JA 288, you can see that
 2   Pennsylvania refers to other additional reporting
 3   requirements that are required by virtue of
 4   Pennsylvania's permitting process.  Those are --
 5   that's information that's in the record and that the
 6   Court can consider here.  And Pennsylvania can further
 7   explain that, and has done so, in its brief.
 8            THE COURT:  Where did the 600 degrees come
 9   from?  We have (ph) 500 -- or I understand the lower
10   it gets, the more problems you run into.  But why not
11   700 or 800 or 750 or 735?
12            MR. ADKINS:  Well, the 600-degree temperature
13   threshold is not something that EPA is imposing.  It's
14   important to take a step back and appreciate the role
15   that EPA is in here.
16            Pennsylvania adopted the 600-degree
17   temperature threshold because changes in market -- in
18   the market have shifted operations for theses coal-
19   fired electricity-generating units from high-capacity
20   input to variable operations.  And Pennsylvania's
21   solution for regulating these sources in light of
22   those facts was to adopt a temperature threshold.
```

1          When the units are operating in such a way

2    that the inlet temperature is at or exceeds 600

3    degrees.  Pennsylvania requires additional NOx

4    reductions that are achievable using this particular

5    pollution control.

6          JUDGE BIBAS:  Okay.  So --

7          (Cross talk.)

8          JUDGE BIBAS:  Could I -- Mr. Adkins, Judge

9    Bibas.  Could I ask you about the interaction of the

10   0.12 and the 600 degrees here?

11         So the way you came up with the 0.12 was by

12   looking at the existing range of emissions and taking

13   the 19th percentile.  But you didn't exactly account

14   for the -- when these plants are off the catalytic

15   reduction, the SCR, right?  You just excluded all the

16   data that were over 0.3 -- or rather, Pennsylvania

17   did, and you ratified that.

18         So it's like the industry gets two benefits.

19   First, they get a 19th percentile.  Most of the plants

20   pass.  And then they had this other much higher limit

21   that was not built into the data on which you based

22   this 0.12 limit at the first place.  So even if it's

Oral Argument - 5/21/2020

1   okay to take something at the 19th percentile, or

2   something, you loosened it further by not accounting

3   for the fact that most of these plants are going to

4   emit substantially more because of the exemption

5   overnight every night.

6          So how is the 0.12 reasonable, given that

7   you're also tacking that further leeway on top of it?

8          MR. ADKINS:  Thank you.

9          I actually disagree with that

10  characterization.  I think the limit at issue here is

11  an additional NOx reduction.  So the -- to -- looking

12  at the entirety of Pennsylvania's control approach for

13  these boilers, there's two tiers for compliance.

14  There's the boiler configuration limit that

15  Pennsylvania adopted and EPA approved as RACT-level

16  controls and that Sierra Club does not challenge here.

17  So even when the boilers are operating below this

18  threshold, they're still complying with RACT -- or

19  they need to be complying with RACT-level controls.

20         What Pennsylvania said was we're going to

21  require additional reductions because these specific

22  units have SCR already installed on their exhaust

Oral Argument - 5/21/2020

1    streams.  So because they already have this technology

2    installed, we're going to require that they use this

3    technology when their inlet temperatures are at or

4    exceed 600 degrees.

5            JUDGE BIBAS:  So they can choose whether to

6    operate at 600 degrees or not.  And if they don't,

7    then they're subject to some limits at 0.35 or 0.40,

8    in some cases, are extremely forgiving.

9            MR. ADKINS:  That's -- that is true that the

10   limits that would apply outside of this threshold are

11   more forgiving, but they're also RACT-level limits

12   that are consistent with the evidence in this record

13   what other states have done.  And they're not being

14   challenged here.

15           JUDGE BIBAS:  Okay.  Well, let's talk about -

16   -

17           (Cross talk.)

18           JUDGE BIBAS:  -- other states.  Other states

19   don't have a 600-degree threshold.  Do you disagree?

20   Is Pennsylvania the only state that has this

21   threshold?  Certainly, the surrounding states don't.

22           MR. ADKINS:  That's actually correct.  I'm

1    not aware of other states that have this threshold,

2    but I'm also not aware of other states that have used

3    the control approach that Pennsylvania has used.  No

4    other states require additional reductions for this

5    category of source.  And EPA considered that and

6    explained how its decision was supported by a

7    consideration of what other states have done, but

8    that's also not the be-all-end-all of whether

9    Pennsylvania's regulation lives or dies.  You know --

10            UNIDENTIFIED MALE SPEAKER 1:  Five minutes.

11            MR. ADKINS:  -- Sierra Club would like to

12   compare this limit just to New York, but that really

13   wouldn't be a fair thing to do based on this record.

14   It's --

15            (Cross talk.)

16            MR. ADKINS:  -- that other -- sorry.  I

17   thought I heard a question.

18            THE COURT:  Yeah.  Thank you.

19            What about Maryland?  But they're also

20   comparing it to Maryland and then in Connecticut, too;

21   aren't they?

22            MR. ADKINS:  Well, what EPA did was it looked

Oral Argument - 5/21/2020

Page 31

1   at what other OTR states have done when it was

2   considering the RACT -- or the boiler type

3   limitations.  But EPA noted that Pennsylvania's rule

4   was unique in that it required additional reductions

5   for these sources.

6           (Cross talk.)

7           MR. ADKINS:  Even setting aside the 0.12

8   limit, if you only look at the boiler type

9   configuration limits, Pennsylvania's isn't the most

10  stringent, and it's not the least stringent.  It falls

11  within these other OCR states' ranges.  Then

12  Pennsylvania required additional reductions using the

13  0.12 limit that --

14          (Cross talk.)

15          JUDGE BIBAS:  Mr. Adkins, let's talk about

16  the point that Mr. McPhedran made, which was, if you

17  look at this curve, catalytic converters can achieve -

18  - catalytic reduction, SCR, can achieve substantial

19  benefits at 500 degrees, at 550.  All you said was,

20  hey, there's this optimal range.  But optimal doesn't

21  mean that it can't be done at slightly lower

22  efficiency rates.

1          So what I want to hear about is:  What about

2     these references in the record to ammonia slip and

3     having to eject ammonia, you know, ammonia bisulfate?

4     And is that sticky, and would that burn off overnight?

5     There's a little bit in the record, but there's not

6     very much that's specific about why you can't just

7     require the limits that would be achievable by using

8     catalytic converters all the time or using catalytic

9     converters over -- at different places, your own

10    evidence said 315 degrees or 480.  Why push it all the

11    way up to 600 instead of saying 480 or 500?

12          MR. ADKINS:  Thank you.

13          That's actually an important piece of

14    clarification that, in hearing the discussion with my

15    opponent, I wanted to clarify.

16          EPA's approval of the inlet temperature

17    threshold was based on its engineering judgment that

18    additional NOx reductions are not achievable at lower

19    inlet temperatures.  Sierra Club made a point over

20    ammonia bisulfate accumulation.  It's pointed to data

21    from the Cheswick facility saying that it was able to

22    operate at lower temperatures without operational

1    issues.  But that wasn't the basis for EPA's

2    determination here.  EPA determined that it is

3    chemically not possible to achieve a greater NOx

4    emissions rate year-round at lower inlet temperatures.

5              JUDGE BIBAS:  Okay.  That's --

6              (Cross talk.)

7              JUDGE BIBAS:  But I did not see it in the

8    record.  Could you direct me to a place in the record

9    and then talk us through it?

10             MR. ADKINS:  Yes, absolutely.  So if you look

11   at the final rule, this is the Federal Register, pages

12   2,278 through 2,279.

13             JUDGE BIBAS:  Okay --

14             MR. ADKINS:  And that's JA 011 through JA

15   012.

16             First, EPA determined what an efficient

17   temperature range is, and it's important to

18   distinguish this between an operating range.  It's

19   true that SCR can operate at a wider range than what's

20   an efficient range.  And the reason for that is

21   because NOx reduction efficiency, which is a measure

22   of how much pollution can be reduced from the exhaust

1    stream, is largely dictated by the temperature in the

2    catalyst chamber.  That's because the chemical

3    reaction that reduces nitrogen oxide to nitrogen in

4    water vapor occurs within a particular temperature

5    range, and that range can vary based on the type of

6    catalyst being used, the age of the system, and other

7    factors.  But in EPA's review of the technical

8    evidence, it found that there's an efficient range

9    that is much shorter than the operational range.

10            UNIDENTIFIED MALE SPEAKER 1:  One minute.

11            JUDGE BIBAS:  Okay.  I see this at JA -- at

12    the top of JA 012 in the first column.  But the

13    justification is the reductions achieved would be only

14    slightly better than those achieved with low NOx

15    burners.  So that argues for a slight or modest

16    reduction from 0.12, but it doesn't explain why the

17    limits are three times as lax.  What do you say in

18    response to that?

19            MR. ADKINS:  Well, Pennsylvania determined

20    that lower NOx reductions were not capable of being

21    achieved using SCR at lower NOx -- at lower inlet

22    temperatures.  When the -- if you look at the

Oral Argument - 3/21/2020

Page 35

1   technical documentation, when the system is operating

2   within its efficient temperature range, the NOx

3   reductions will result in a greater reduction than

4   0.12.  0.12 is taking into consideration that

5   Pennsylvania's threshold was 600 degrees.  It's

6   actually well below what the evidence shows is an

7   efficient range for the majority of commercial

8   catalysts, which is 700 to 750 degrees.  So that's the

9   interplay between the 0.12 and the inlet temperature

10   and how that relates to NOx removal efficiency.

11          JUDGE BIBAS:  All right.  Can you point me to

12   where in JA 012?  You said Pennsylvania found it is

13   not possible.  I'm not finding such a strong finding.

14          MR. ADKINS:  Sure.  With the Court's

15   indulgence, just one moment, please.

16          Okay.  So if I could take you to the

17   technical support document number 1, which is at JA

18   058.

19          JUDGE BIBAS:  058.

20          MR. ADKINS:  Yes.  You'll find this in the

21   middle paragraph, the first full paragraph of the

22   page.  At the end ...

Oral Argument - 5/21/2020

1        JUDGE BIBAS:  Okay.  EPA agrees operationally

2   existing SCR, SNCR should be both technically and

3   economically reasonable even when this may include

4   additional cost for optimizing existing systems, such

5   as additional reagents or catalysts maintenance.  So -

6   -

7        MR. ADKINS:  You know, if you'll pardon me,

8   Your Honor, I pointed you to the wrong page.  It's JA

9   054.  My apologies.

10       JUDGE BIBAS:  All right.  So the first full

11  paragraph there towards the end --

12       MR. ADKINS:  This is actually in the third

13  paragraph, last sentence, "In our engineering

14  judgment."

15       JUDGE BIBAS:  So what's the logic here?

16       MR. ADKINS:  "In our engineering judgment,

17  based upon acknowledged limitations of SCR or

18  selective noncatalytic reduction" -- that's SNCR --

19  "EPA agrees with PADEP's determination that SCR or

20  SNCR cannot result in lower NOx emissions rates at

21  these lower operating temperatures."

22       THE COURT:  I'm sorry.  Where are you reading

Oral Argument - 3/21/2020

Page 37

1    from that page?

2              MR. ADKINS:  This is the last sentence of the

3    third paragraph on page JA 054.

4              JUDGE BIBAS:  All right.  I see the

5    conclusion, but can you explain the logic that leads

6    up to that conclusion?

7              (Cross talk.)

8              JUDGE BIBAS:  -- (inaudible) practical and

9    acceptable.  But what is it that makes anything higher

10   not -- cannot result in lower NOx emissions?

11             MR. ADKINS:  Sure.  So EPA has looked at a

12   few different things.  It looked at the technical

13   limitations of SCR, which is reflected in the

14   engineering documents that are in the record.  It

15   looked at what Pennsylvania already required of these

16   units, so the combustion controls.  That basically

17   modifies how coal is combusted in a way to reduce NOx

18   emissions before they even enter into the exhaust

19   stream.  And EPA compared -- looked at what was

20   achievable at or below the 600 inlet temperature rate.

21             For a majority of commercial catalysts, based

22   on the technical documentation, it considered what

1   Pennsylvania already requires in terms of NOx

2   reductions through combustion controls.  And it

3   considered that, when operating below optimal

4   temperatures, additional catalyst is used, which can

5   increase maintenance costs, taking all those things

6   into consideration, EPA rendered a technical judgment

7   that required that SCR was not capable of lower NOx

8   emissions while operating below the inlet temperature

9   --

10          JUDGE BIBAS:  Are you reading from something

11  else, or is there something else that would point us

12  to these kind of economic and technical limits on

13  using additional catalysts?  Any other record

14  citations you'd like to give us?

15          MR. ADKINS:  Sure.  I mean, I think the best

16  one to give you would be at JA 102, which is going

17  back to the final rule.  And this is where EPA at the

18  end of the paragraph that carries over onto JA 012

19  notes -- noted efficiencies with SCR economic

20  considerations from using additional catalysts to

21  achieve diminishing NOx removal.

22          JUDGE BIBAS:  JA 10- -- oh, 012.  Okay.  Got

 1   it.

 2           MR. ADKINS:  So if I may just -- I see my

 3   time is running low.  I just want to point out one

 4   thing with respect to the 0.12 limit and Sierra Club's

 5   data.  EPA explained why Sierra Club's data was not

 6   sufficient to show that a lower NOx emissions rate was

 7   consistently achievable by Pennsylvania sources.  And

 8   the D.C. circuit deferred to EPA on this exact

 9   technical point in Wisconsin versus EPA, a case cited

10   in our brief.  There, the Court upheld EPA's

11   explanation that a source's very best rate is not

12   necessarily a consistently achievable rate.

13           And I'd also want to point out that in

14   Pennsylvania's analysis of five years of historic

15   emissions data, it set aside data from the four worst

16   polluting sources and took the average of what

17   remained.  So when Sierra Club argued that

18   Pennsylvania's limit is not sufficiently technically -

19   - technology-forcing, one, that revealed an error of

20   the law and of the record.  Pennsylvania wasn't

21   required to adopt the most stringent limit that any

22   particular source was capable of achieving.  See

Page 40

1   Wisconsin versus EPA.

2          And on the record, EPA's limit, even in

3   Sierra Club's view, is technology-forcing.  That's

4   because certain sources within the State would be

5   required to modify their operations and upgrade their

6   SCR systems in order to meet the more stringent limit

7   that Pennsylvania adopted.

8          I'm happy to take any further questions from

9   the panel.  Thank you.

10          THE COURT:  I have none.  Thank you.

11          UNIDENTIFIED MALE SPEAKER 3:  I have none.

12          THE COURT:  (Inaudible) you had a couple

13   more.  Go ahead (inaudible) any questions?

14          UNIDENTIFIED MALE SPEAKER 3:  No, I have

15   none.

16          THE COURT:  Oh, okay.

17          JUDGE BIBAS:  I don't --

18          (Cross talk.)

19          THE COURT:  Thank you very much.

20          Excuse me.  We'll hear from Mr. Walker.

21          MR. WALKER:  May it please the Court.  My

22   name is Jesse Walker, and I represent Intervenor

1   Pennsylvania Department of Environmental Protection.

2         DEP has experienced regulating air pollution

3   in Pennsylvania since 1960.  This case is about DEP

4   applying that expertise during a rulemaking to reduce

5   pollution from coal-fired power plants.

6         I want to make two points for the Court.  The

7   first point is that Pennsylvania's rule is consistent

8   with the Clean Air Act.  And the second point is that

9   Pennsylvania's recordkeeping requirements ensure

10  compliance.

11        The administrative record shows that

12  Pennsylvania's pollution control limit represents

13  reasonably available control technology --

14        THE COURT:  Could (inaudible).  Could you

15  start with the second point?  You have two minutes.

16  That's the one that --

17        MR. WALKER:  Sure.

18        THE COURT:  -- concerns me, the

19  recordkeeping, if you can address that.

20        MR. WALKER:  Yes, Your Honor.

21        The second point is that Pennsylvania's

22  recordkeeping and reporting requirements are legally

Oral Argument - 5/21/2020

Page 42

1    enforceable.  DEP established 600-degree temperature

2    threshold for operating pollution controls.  The plain

3    language of the rule requires units to record the

4    inlet temperature data.  Further, all units subject to

5    rule have permits, and all of these permits have

6    recordkeeping and reporting provisions --

7              JUDGE BIBAS:  Are the --

8              (Cross talk.)

9              JUDGE BIBAS:  Are these temperatures

10   routinely reported currently to the Pennsylvania

11   Department of Environmental Protection?

12             MR. WALKER:  Your Honor, the -- in fact, this

13   -- the Department does have some of the data.  In

14   practice, DEP inspectors go to the facility to do a

15   full compliance inspection with the permit.  And as

16   part of that inspection, the inspectors ask to see the

17   temperature inlet data at that time.

18             JUDGE BIBAS:  Are they not available for

19   citizen suits under FOIA?

20             MR. WALKER:  The -- a citizen is able to come

21   into the Department to review the file and the

22   records.  And so if the Department has the temperature

Page 43

1   data, citizens are able to review that.

2           (Cross talk.)

3           THE COURT:  (Inaudible) --

4           JUDGE BIBAS:  -- of the temperature data.

5   And so sometimes it'll be there, and sometimes it

6   won't.

7           MR. WALKER:  That -- that's correct, Your

8   Honor.  And I would also note on that point that the

9   operating permit condition actually includes the

10  condition, to further answer your question, that if

11  the Department has records, they must be made

12  available to the public.

13          JUDGE BIBAS:  Okay.  But --

14          (Cross talk.)

15          JUDGE BIBAS:  That could (inaudible) that

16  your adversary, Mr. McPhedran, is concerned about

17  here.

18          MR. WALKER:  Yeah.

19          JUDGE BIBAS:  I'd like to hear a little more

20  on the record because I'm still troubled by what makes

21  it not technical -- what the technical economic

22  considerations on JA 12 are that make it infeasible.

Oral Argument - 5/21/2020

Page 44

1   You're -- Mr. Adkins clarified that this wasn't just

2   about ammonia slip, or it's not practically feasibly

3   to use SCRs below 600 degrees.  But I'm not seeing the

4   computations in the record that say here's why it's

5   not economically feasible, you know.  The curve your -

6   - Mr. McPhedran pointed to, you can use these at 500

7   to 550 degrees.  It's within the operating range.

8   We're talking about an optimal range, not a hard and

9   fast range.

10          So is there more in the record we should look

11  at to discover what these technical economic

12  considerations are that make it impractical, if not

13  technically infeasible -- make it impractical to

14  require this level of reduction at the lower

15  temperatures?  Why do we need a temperature threshold

16  or this temperature threshold?

17          MR. WALKER:  Thank you for the question, Your

18  Honor.

19          The Department made an engineering judgment

20  evaluating the cost manual guidance, EPA's cost manual

21  guidance.  And the Department believes that the record

22  adequately supports its position --

Oral Argument - 3/21/2020

Page 45

```
 1              JUDGE BIBAS:  Where --

 2              MR. WALKER:  -- in that --

 3              JUDGE BIBAS:  -- judgment in the record?

 4   Where is the best explanation of that engineering

 5   judgment in the record?

 6              MR. WALKER:  The best explanation is in

 7   response to -- on pages 58, 59, and 61 -- pages 58,

 8   59, and 61 [corrected] of the Department's comment

 9   response document.

10              JUDGE BIBAS:  And what -- your -- do you have

11   the JA cite for that?

12              MR. WALKER:  I do not offhand, Your Honor.

13   But I'm glad to find it for you here.

14              JUDGE BIBAS:  Well, we -- we'll look it up.

15   Please go on.

16              MR. WALKER:  Okay.  Yes.  And so the

17   distinction -- and I do want to address that to get

18   into that -- the Department -- one distinction is that

19   there are design limitations on this SCR technology

20   that's employed, which the Department explains in

21   those comments that I just referenced.  This

22   technology was designed for high baseload, high-
```

1    capacity operation.  And due to changing market

2    conditions that is operating in -- the plants operate

3    in variable mode based on the need for electricity

4    from the PJM market.

5            So what that means is that these coal-fired

6    power plants don't have the discretion to operate.

7    They do not operate -- the temperature is not

8    determined -- arbitrarily determined by the power

9    plants on a whim, as Sierra Club asserts.  The

10   temperature depends on how much coal is being burned.

11   And this is clearly beyond the plants' control.  They

12   don't manipulate the market or the amount of coal

13   burnt.  So that was brought up to address the loophole

14   argument.

15           And I want to also address the ammonium

16   bisulfate argument.  Ammonium bisulfate -- given the

17   design technology and limitations I just described,

18   ammonium bisulfate is not readily reversible as Sierra

19   Club suggests.  A plant would have to run at high

20   baseload, high-capacity operation with that

21   technology.  But as I mentioned, because of market

22   realities, they operate in variable mode.

Oral Argument - 5/21/2020

Page 47

1        So this means that the -- if they would run

2    at a lower temperature, it would -- basically, it

3    would cause operational problems -- fouling, heating.

4    It would lead to unplanned shutdowns and increased

5    maintenance.  And it -- that is in the record in the

6    Department's response to support that limit.

7        If I may just very briefly get back to my --

8        THE COURT:  All right.  Go -- unless

9    (inaudible) other questions, that's (inaudible).  For

10   reasons unbeknownst to me, I can't figure out -- you

11   only reserved (inaudible) two minutes of time.  And

12   (inaudible) over because you responded to our

13   questions.  But (inaudible) anything else, why don't

14   you submit that in the 28-J letter, and we'll have it

15   then for the record (ph).

16       MR. WALKER:  Okay.  I -- I'm sorry.  I didn't

17   hear the end of that, Your Honor.

18       THE COURT:  Yeah.  If there's anything else

19   you wanted to bring to our attention, you can do that

20   in the 28-J letter that you send to us with copies to

21   --

22       MR. WALKER:  Okay.

1          THE COURT:  -- opposing counsel and look at

2    the benefit of it that way.

3          MR. WALKER:  Okay.  Thank you.

4          THE COURT:  Thank you.

5          Mr. McPhedran, I think you reserved some

6    time.  I'm not sure about that.

7          MR. MCPHEDRAN:  Yes, Your Honor.  Charley

8    McPhedran.  I had reserved three minutes.  I'll just

9    make a few quick points.

10          Counsel pointed to the language in the final

11   rule, JA 011, 012, at the bottom of the third column

12   and continuing on to the second.  And I just want to

13   make two points in reference to that.

14          First, it confirms that there is an operating

15   range of selective catalytic reduction below 600

16   degrees.  And in fact, at the very bottom of that

17   third column on JA 011, it confirms that EPA sees it

18   as a glass half empty.  We see it as a glass half full

19   if there's still 77 percent reduction at 600 degrees

20   Fahrenheit.  And this is consistent with that chart I

21   pointed to that appears in both of the briefs of EPA

22   and DEP.

1          On the next page, I want to clarify, in case

2     there's any doubt, that selective catalytic reduction

3     is not in place of low NOx burners.  Selective

4     catalytic reduction is a post-combustion control.

5     Low-NOx burners are earlier in the train and the

6     engineering sequence.  So it's not a matter of

7     substituting one for the other.

8          In terms of -- one of the judges asked a

9     question about operating SCR below 600 degrees being

10     not infeasible, but impractical.  And I respect the

11     question, but I respectfully suggest that feasibility

12     or infeasibility is the metric here under EPA's own

13     construction and reasonably available control

14     technology standards.

15          And in terms of cost analysis for different

16     temperatures, there is no record on that in this

17     proceeding.  EPA simply hasn't done that.  So there's

18     nothing for EPA to point to there.

19          And last, there is some good questions about

20     emission levels in other states.  I'll just note that

21     those comment letters are in the record starting

22     around JA -- I think it's 251 or 254.  And I commend

Oral Argument - 5/21/2020

Page 50

1    the Court to the Maryland letter, in particular, but

2    also the New York letter for data about what other

3    states are actually doing and how they are more

4    stringent than Pennsylvania.

5              With that, I'll just say I urge the Court to

6    apply the standard of Prometheus Radio.  EPA must

7    examine the relevant data and articulate a

8    satisfactory explanation for its actions, including a

9    rational connection between the facts found and the

10   choice made.  We urge the Court to find that EPA has

11   acted arbitrarily and to remand this to EPA for

12   further action.

13             THE COURT:  Okay, counsel.  Unless there's

14   other questions, then we'll thank all three of the

15   attorneys and take the matter under advisement and

16   Greg (ph) can recess.  And we'll call your number

17   (inaudible) about 10 minutes.

18             JUDGE BIBAS:  Could I ask that we get a

19   transcript of this one, too?

20             THE COURT:  Oh, absolutely, yes.  And thanks

21   for (inaudible) to that and ask that we (inaudible)

22   that to U.S. Department (inaudible) Environmental

Oral Argument - 5/21/2020

Page 51

1    Protection and the Pennsylvania Department of

2    Environmental Protection.

3              (Whereupon, the proceedings were concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1                    CERTIFICATE OF TRANSCRIBER

2              I, KARYNN WILLMAN, do hereby certify that

3      this transcript was prepared from the digital audio

4      recording of the foregoing proceeding, that said

5      transcript is a true and accurate record of the

6      proceedings to the best of my knowledge, skills, and

7      ability; that I am neither counsel for, related to,

8      nor employed by any of the parties to the action in

9      which this was taken; and, further, that I am not a

10     relative or employee of any counsel or attorney

11     employed by the parties hereto, nor financially or

12     otherwise interested in the outcome of this action.

13

14
                                *Karynn S. Willman*

15                                     KARYNN WILLMAN

16

17

18

19

20

21

22

| 0 |
|---|
| **0.05**  9:18,19 |
| **0.12**  5:10 8:20,22 |
| 9:20,21 10:1 |
| 15:21 18:2,4 |
| 27:10,11,22 28:6 |
| 31:7,13 34:16 |
| 35:4,9 39:4 |
| **0.12.**  9:13 35:4 |
| **0.25.**  9:18,19 |
| **0.3**  27:16 |
| **0.30**  16:3 |
| **0.30.**  16:1 |
| **0.35**  29:7 |
| **0.40**  29:7 |
| **011**  33:14 48:11 |
| 48:17 |
| **012**  33:15 34:12 |
| 35:12 38:18,22 |
| 48:11 |
| **054**  9:14 36:9 37:3 |
| **055**  9:17 |
| **058**  35:18,19 |

| 1 |
|---|
| **1**  5:10 11:11 14:10 |
| 30:10 34:10 35:17 |
| **10**  38:22 50:17 |
| **102**  38:16 |
| **10th**  9:7 |
| **12**  43:22 |
| **129.100.**  19:9 |
| 20:11 |
| **129.96**  20:15 |
| **129.99**  20:16 |
| **13**  23:2 |
| **150**  10:15 |
| **17201**  52:14 |
| **19-2562**  1:7 |
| **1960**  41:3 |
| **19th**  9:7 27:13,19 |
| 28:1 |

| 2 |
|---|
| **2**  17:15,16 23:3 |
| **2,278**  33:12 |
| **2,279**  33:12 |
| **2020**  1:11 |
| **21**  1:11 |
| **22**  3:4 |
| **25**  15:8 |
| **251**  49:22 |
| **254**  49:22 |
| **25th**  9:8 |
| **28**  47:14,20 |
| **288**  26:1 |

| 3 |
|---|
| **3**  40:11,14 |
| **30**  17:15,18,22 |
| **309**  26:1 |
| **30th**  9:8 |
| **315**  32:10 |
| **329**  6:7,13 10:4,5 |
| 16:18 18:14 |

| 4 |
|---|
| **4**  3:3 |
| **40**  3:5 |
| **41**  14:20 |
| **4123955**  1:12 |
| **48**  3:6 |
| **480**  32:10,11 |

| 5 |
|---|
| **500**  26:9 31:19 |
| 32:11 44:6 |
| **55**  19:19 |
| **550**  31:19 44:7 |
| **58**  45:7,7 |
| **580**  15:3 |
| **59**  45:7,8 |
| **590**  15:3 |

| 6 |
|---|
| **6**  12:1 |
| **600**  13:3,7,16,19 |
| 14:1,4,16 15:2,12 |
| 15:14,18 26:8,12 |

26:16 27:2,10
29:4,6,19 32:11
35:5 37:20 42:1
44:3 48:15,19
49:9
**61**  45:7,8

| 7 |
|---|
| **70**  15:4,10 19:18 |
| **700**  26:11 35:8 |
| **735**  26:11 |
| **75**  15:5,10 |
| **750**  26:11 35:8 |
| **7502**  18:20 |
| **77**  48:19 |

| 8 |
|---|
| **8**  6:22 |
| **800**  26:11 |

| a |
|---|
| **ability**  52:7 |
| **able**  32:21 42:20 |
| 43:1 |
| **absent**  24:11 |
| **absolutely**  33:10 |
| 50:20 |
| **accept**  22:5 |
| **acceptable**  37:9 |
| **account**  27:13 |
| **accounting**  28:2 |
| **accumulation** |
| 32:20 |
| **accurate**  52:5 |
| **achievable**  23:16 |
| 27:4 32:7,18 |
| 37:20 39:7,12 |
| **achieve**  15:10 |
| 31:17,18 33:3 |
| 38:21 |
| **achieved**  24:12,12 |
| 34:13,14,21 |
| **achieving**  15:4 |
| 39:22 |
| **acknowledged** |
| 13:10 36:17 |

| act  18:19 23:12 |
|---|
| 41:8 |
| **act's**  11:16 |
| **acted**  50:11 |
| **action**  14:7,14 |
| 50:12 52:8,12 |
| **actions**  50:8 |
| **additional**  26:2 |
| 27:3 28:11,21 |
| 30:4 31:4,12 |
| 32:18 36:4,5 38:4 |
| 38:13,20 |
| **address**  22:19 |
| 41:19 45:17 46:13 |
| 46:15 |
| **adequately**  44:22 |
| **adkins**  2:6 22:14 |
| 22:15,16,22 23:2 |
| 23:7,8 24:13 |
| 25:11 26:12 27:8 |
| 28:8 29:9,22 |
| 30:11,16,22 31:7 |
| 31:15 32:12 33:10 |
| 33:14 34:19 35:14 |
| 35:20 36:7,12,16 |
| 37:2,11 38:15 |
| 39:2 44:1 |
| **administrative** |
| 41:11 |
| **admissions**  7:2 |
| **adopt**  23:15 26:22 |
| 39:21 |
| **adopted**  8:21 |
| 18:10 26:16 28:15 |
| 40:7 |
| **adoption**  7:15 |
| 23:21 |
| **advanced**  6:1 |
| **advancement**  10:9 |
| **adversary**  43:16 |
| **advisement**  50:15 |
| **age**  34:6 |
| **agency**  1:7 21:16 |
| 21:18 22:18 25:4 |

**ago** 10:3
**agree** 24:21
**agrees** 36:1,19
**ahead** 6:17,17
  23:7 40:13
**air** 5:7 11:15
  18:19 20:14 23:11
  41:2,8
**allow** 15:15
**alphabet** 11:13
**alternative** 16:16
**ammonia** 12:14
  12:17,17,18 13:2
  13:6 32:2,3,3,20
  44:2
**ammonium** 46:15
  46:16,18
**amount** 46:12
**analysis** 23:9
  39:14 49:15
**answer** 24:14
  43:10
**apologies** 36:9
**apologize** 11:5
**appeals** 1:1
**appearance** 4:6
**appears** 48:21
**application** 15:11
**applied** 8:12 12:3
  21:3 22:11
**applies** 4:18 5:15
  8:15 11:17 12:1
  13:19,20 14:3
  25:13
**apply** 22:8 29:10
  50:6
**applying** 41:4
**appreciate** 26:14
**approach** 24:1
  25:20 28:12 30:3
**approval** 7:5 22:6
  32:16
**approved** 17:20
  25:19 28:15

**approximately**
  4:17
**arbitrarily** 46:8
  50:11
**arbitrary** 7:7,12
  9:8 15:16 22:7
**area** 19:18 23:11
  23:14
**argued** 39:17
**argues** 34:15
**arguing** 5:17
**argument** 1:10 3:2
  13:20 18:13 23:1
  23:3 46:14,16
**articulate** 50:7
**aside** 31:7 39:15
**asked** 10:13 11:14
  49:8
**asking** 6:5 11:5
**aspect** 18:12 21:9
  24:21
**aspects** 18:14
**asserts** 46:9
**assume** 14:13
**assure** 21:2
**asthma** 7:2
**attacks** 7:2
**attention** 47:19
**attorney** 52:10
**attorneys** 50:15
**audio** 52:3
**available** 7:14,19
  7:20 11:14 13:12
  23:13 41:13 42:18
  43:12 49:13
**average** 10:2,7,16
  10:17 16:13,20,20
  16:22 17:11 18:9
  18:14 39:16
**averaging** 16:15
  18:11 20:21
**aware** 30:1,2

**b**

**back** 26:14 38:17
  47:7
**bact** 8:1
**bad** 14:22
**based** 8:11 21:6
  23:16 27:21 30:13
  32:17 34:5 36:17
  37:21 46:3
**baseload** 45:22
  46:20
**basically** 37:16
  47:2
**basis** 19:12 33:1
**behalf** 2:2,5,8
**believe** 5:21 8:18
  19:9
**believes** 44:21
**benefit** 48:2
**benefits** 27:18
  31:19
**benefitting** 18:4
**best** 7:18 11:2,3
  11:13,14,18 16:21
  23:17 38:15 39:11
  45:4,6 52:6
**better** 10:18,19,21
  11:10 16:21 34:14
**beyond** 46:11
**bibas** 7:18,22 8:6
  9:2,4 11:1 12:6,8
  15:19 17:21 19:2
  20:10,11,13 21:12
  22:10 27:6,8,9
  29:5,15,18 31:15
  33:5,7,13 34:11
  35:11,19 36:1,10
  36:15 37:4,8
  38:10,22 40:17
  42:7,9,18 43:4,13
  43:15,19 45:1,3
  45:10,14 50:18
**big** 21:19

**biggest** 15:6
**bisulfate** 12:18
  32:3,20 46:16,16
  46:18
**bit** 11:13,19 32:5
**boiler** 28:14 31:2
  31:8
**boilers** 23:10
  28:13,17
**bottom** 48:11,16
**brandon** 2:6 22:16
**brief** 12:1 14:20
  18:20,21 19:10
  21:7 25:2 26:7
  39:10
**briefly** 47:7
**briefs** 12:10 14:20
  48:21
**bring** 18:3 21:5
  47:19
**broad** 10:14
**brought** 46:13
**bruce** 5:20 6:9
**btu** 8:21 9:18
**built** 27:21
**bunch** 16:2
**burn** 12:21 32:4
**burned** 46:10
**burners** 34:15
  49:3,5
**burning** 16:4
**burnt** 46:13
**bypass** 16:10

**c**

**c** 2:1,10 3:1 4:1
**calculations** 20:17
  24:16
**call** 50:16
**called** 22:1
**calls** 7:17
**capable** 34:20
  38:7 39:22
**capacity** 5:18
  26:19 46:1,20

capricious 9:9
carries 38:18
case 1:6 39:9 41:3
  49:1
cases 23:14 29:8
catalyst 34:2,6
  38:4
catalysts 35:8 36:5
  37:21 38:13,20
catalytic 4:19 6:2
  8:16 12:15,19
  15:4,11 16:4,7,10
  27:14 31:17,18
  32:8,8 48:15 49:2
  49:4
category 30:5
cause 47:3
certain 24:11 40:4
certainly 29:21
certificate 52:1
certify 52:2
challenge 17:22
  28:16
challenged 29:14
chamber 34:2
changes 23:21
  26:17
changing 46:1
characterization
  28:10
charge 9:5
charles 2:3
charley 4:8 6:19
  48:7
chart 6:8 10:3
  14:19 15:1 16:19
  17:4,14 18:8
  48:20
chemical 14:9,15
  34:2
chemically 33:3
cherry 9:5 10:13
cheswick 5:19
  6:10 32:21

choice 50:10
choose 29:5
chronic 6:21
circuit 1:2 39:8
citations 38:14
cite 12:1 45:11
cited 18:20 39:9
citizen 21:6 42:19
  42:20
citizens 43:1
city 5:19 6:9
claim 21:17
clarification 32:14
clarified 44:1
clarify 32:15 49:1
clean 11:15 18:18
  23:11 41:8
clearly 46:11
clients 20:7 21:11
closed 5:21
closest 12:13
  15:20
club 1:4 4:9 6:20
  23:15 24:5 28:16
  30:11 32:19 39:17
  46:9,19
club's 39:4,5 40:3
coal 4:18 5:17
  23:10 26:18 37:17
  41:5 46:5,10,12
column 34:12
  48:11,17
combusted 37:17
combustion 37:16
  38:2 49:4
come 12:13 26:8
  42:20
comes 10:1
coming 10:10 18:2
commend 49:22
comment 45:8
  49:21
comments 45:21

commercial 35:7
  37:21
common 11:19
commonwealth
  15:7 21:22
communities 7:1
company 21:17,20
compare 30:12
compared 37:19
comparing 30:20
compiled 4:14
compliance 20:9
  20:16 21:10 24:16
  24:17 25:1 28:13
  41:10 42:15
complied 21:16
comply 25:9
complying 21:19
  24:10 28:18,19
compromised 7:3
computations
  44:4
concerned 43:16
concerns 41:18
concluded 51:3
conclusion 37:5,6
condition 43:9,10
conditions 46:2
conducted 22:20
  23:9
conemaugh 5:22
  6:11
configuration
  28:14 31:9
confirms 48:14,17
congress 23:12,15
connecticut 30:20
connection 50:9
consider 19:14
  26:6
consideration
  30:7 35:4 38:6
considerations
  38:20 43:22 44:12

considered 19:13
  30:5 37:22 38:3
considering 8:8
  31:2
consistent 20:20
  24:1 29:12 41:7
  48:20
consistently 39:7
  39:12
construction
  49:13
contamination
  20:14
continuing 48:12
contrasts 23:14
contribute 15:7
control 7:14,19,20
  8:12 11:15 13:12
  13:20,21 15:17
  23:16,22 27:5
  28:12 30:3 41:12
  41:13 46:11 49:4
  49:13
controls 6:1,12
  23:13 28:16,19
  37:16 38:2 42:2
converters 12:15
  12:19 16:4,8,11
  31:17 32:8,9
copies 47:20
core 12:9 16:17
correct 7:21 9:21
  11:4 16:8 29:22
  43:7
corrected 9:18,19
  45:8
cost 11:20 13:7
  15:15 36:4 44:20
  44:20 49:15
costs 24:2 38:5
counsel 3:3,4,5,6
  20:22 21:1,6
  22:11 48:1,10
  50:13 52:7,10

**counties** 6:22
**couple** 9:11 40:12
**court** 1:1 4:2,5,10
  4:21 5:1,6 6:3,14
  6:17,19 9:14 10:5
  10:11,13,21 11:7
  11:9 13:15 14:5,7
  14:13 15:16 16:18
  17:12 18:17 19:13
  22:13,15,22 23:5
  24:8 25:6 26:6,8
  30:18 36:22 39:10
  40:10,12,16,19,21
  41:6,14,18 43:3
  47:8,18 48:1,4
  50:1,5,10,13,20
**court's** 35:14
**cross** 4:22 9:3
  11:8 13:14 14:6
  22:21 27:7 29:17
  30:15 31:6,14
  33:6 37:7 40:18
  42:8 43:2,14
**currently** 42:10
**curve** 31:17 44:5
**cutoff** 13:3

### d

**d** 4:1 20:13
**d.c.** 39:8
**daily** 17:14
**data** 5:1,7 9:5
  10:12,14,17,18
  15:15 20:17,19
  21:11,17,18 22:2
  22:8 23:16 24:15
  24:19 25:1,7
  27:16,21 32:20
  39:5,5,15,15 42:4
  42:13,17 43:1,4
  50:2,7
**date** 1:11
**day** 17:15,18,22
**debate** 5:11

**decision** 9:13 11:1
  23:11 30:6
**deference** 10:22
**deferred** 39:8
**defy** 15:13
**degree** 26:12,16
  29:19 42:1
**degrees** 13:3,7,17
  13:19 14:1,4,17
  15:2,3,12,14,18
  26:8 27:3,10 29:4
  29:6 31:19 32:10
  35:5,8 44:3,7
  48:16,19 49:9
**demonstrate**
  20:16,18 24:16,17
**demonstrates** 25:2
**dep** 10:1 13:10
  14:19 20:7 21:10
  21:21 22:3 41:2,3
  42:1,14 48:22
**dep's** 14:20
**department** 2:8
  6:8 13:6 17:19
  18:10 19:9 22:16
  23:4 41:1 42:11
  42:13,21,22 43:11
  44:19,21 45:18,20
  50:22 51:1
**department's** 7:6
  10:17 18:21 45:8
  47:6
**depends** 46:10
**described** 11:21
  46:17
**design** 45:19
  46:17
**designed** 45:22
**detail** 12:22 13:11
**determination**
  33:2 36:19
**determine** 20:18
  23:13

**determined** 24:1
  33:2,16 34:19
  46:8,8
**dictated** 34:1
**dies** 30:9
**difference** 17:14
**different** 10:15
  32:9 37:12 49:15
**difficulty** 21:15
**digital** 52:3
**diminishing** 38:21
**direct** 33:8
**directly** 12:10
**disagree** 28:9
  29:19
**discover** 44:11
**discrepancy** 13:16
**discretion** 23:12
  23:19 46:6
**discussion** 32:14
**disregarded** 14:2
**distinction** 45:17
  45:18
**distinguish** 33:18
**document** 9:15
  35:17 45:9
**documentation**
  35:1 37:22
**documents** 37:14
**doing** 10:19 50:3
**doubt** 49:2
**driving** 19:17
**due** 46:1

### e

**e** 2:1,1 3:1 4:1,1
**earlier** 49:5
**easy** 22:1
**economic** 8:8,10
  8:13 38:12,19
  43:21 44:11
**economically** 11:2
  36:3 44:5
**efficiencies** 38:19

**efficiency** 12:16
  31:22 33:21 35:10
**efficient** 11:3 14:8
  14:14 33:16,20
  34:8 35:2,7
**either** 13:7
**eject** 32:3
**electricity** 26:19
  46:3
**element** 11:20
**emergency** 7:1
**emission** 7:6,13,16
  9:16 13:20,21
  15:17 18:5,19
  20:2 22:9 24:12
  49:20
**emissions** 10:2,8
  15:8 18:3 20:9
  24:4 25:15 27:12
  33:4 36:20 37:10
  37:18 38:8 39:6
  39:15
**emit** 28:4
**emitting** 15:6 16:1
  16:3
**employ** 4:19
**employed** 45:20
  52:8,11
**employee** 52:10
**empty** 48:18
**enacted** 25:17,21
**enforceable** 18:19
  24:4 42:1
**enforcement** 25:4
**engaged** 12:9
**engineering** 32:17
  36:13,16 37:14
  44:19 45:4 49:6
**ensure** 41:9
**enter** 37:18
**entered** 5:7
**entirety** 25:13
  28:12

**environmental** 1:7
2:9 22:18 23:4
41:1 42:11 50:22
51:2
**epa** 6:4 7:16 8:7
8:10,21,22 9:12
9:13,16,19 11:21
12:13 13:7,8,10
13:10 14:19 15:13
15:14,20 17:19
20:7 22:19 23:9
23:15,18,22 25:19
26:13,15 28:15
30:5,22 31:3 33:2
33:16 36:1,19
37:11,19 38:6,17
39:5,8,9 40:1
48:17,21 49:17,18
50:6,10,11
**epa's** 7:5,15 9:15
18:21 22:6 23:11
23:12 32:16 33:1
34:7 39:10 40:2
44:20 49:12
**equated** 8:1
**error** 39:19
**esquire** 2:3,6,10
**essential** 21:9 22:8
24:21
**established** 42:1
**evaluating** 44:20
**evaluation** 13:8
**evidence** 7:9 8:11
29:12 32:10 34:8
35:6
**exact** 39:8
**exactly** 20:1 27:13
**examine** 50:7
**exceed** 29:4
**exceeds** 27:2
**excess** 7:3
**excluded** 27:15
**excluding** 18:3,5

**exclusion** 7:8
**excuse** 40:20
**exemption** 28:4
**exercised** 23:18
**exhaust** 28:22
33:22 37:18
**existing** 27:12
36:2,4
**experienced** 41:2
**expertise** 23:12
41:4
**expires** 18:15
**explain** 13:16 24:8
26:7 34:16 37:5
**explained** 9:20
13:11 23:20 30:6
39:5
**explains** 45:20
**explanation** 39:11
45:4,6 50:8
**explicit** 20:6
**extremely** 29:8

**f**

**face** 21:15
**facility** 32:21
42:14
**fact** 10:18 15:3
16:9 24:21 28:3
42:12 48:16
**factors** 34:7
**facts** 8:11 26:22
50:9
**fahrenheit** 48:20
**fair** 17:18 30:13
**fairly** 22:1
**fall** 17:22 20:4,4
**falloff** 12:16
**falls** 23:11 31:10
**fast** 44:9
**feasibility** 8:8,10
8:13,19 11:20,21
49:11
**feasible** 11:3 44:5

**feasibly** 44:2
**federal** 33:11
**figure** 17:18 18:2
19:20 47:10
**file** 22:1 42:21
**final** 13:9 33:11
38:17 48:10
**financially** 52:11
**find** 15:16 35:20
45:13 50:10
**finding** 35:13,13
**fired** 4:18 5:17
23:10 26:19 41:5
46:5
**first** 4:6 7:6 9:12
9:12 23:9 24:7
27:19,22 33:16
34:12 35:21 36:10
41:7 48:14
**five** 4:11,14 5:2,8
5:11,13,14 6:3,10
10:15 11:11 30:10
39:14
**fix** 22:6
**flexibility** 16:14
16:14
**focus** 18:8,13
**foia** 21:12,13,15
42:19
**folks** 25:8
**following** 22:19
**forcing** 7:17 39:19
40:3
**foregoing** 52:4
**forgiving** 29:8,11
**fouling** 47:3
**found** 34:8 35:12
50:9
**four** 19:10 39:15
**frame** 20:20
**friends** 4:11
**full** 35:21 36:10
42:15 48:18

**fundamentally**
8:22
**further** 25:2 26:6
28:2,7 40:8 42:4
43:10 50:12 52:9

**g**

**g** 4:1
**general** 11:22
25:12,18
**generating** 26:19
**gin** 19:10
**give** 16:13 38:14
38:16
**given** 28:6 46:16
**glad** 45:13
**glass** 48:18,18
**go** 4:3,4 6:17,17
21:18,21 23:7
40:13 42:14 45:15
47:8
**goes** 14:21
**going** 8:4 12:18
15:7 16:7 22:4
23:5 28:3,20 29:2
38:16
**gold** 8:15
**good** 49:19
**great** 13:2
**greater** 5:9 33:3
35:3
**greg** 50:16
**guarantee** 19:8
**guidance** 44:20,21
**gum** 12:19

**h**

**half** 48:18,18
**happening** 18:5
**happens** 14:16
**happy** 40:8
**hard** 44:8
**hear** 22:10 32:1
40:20 43:19 47:17

**heard**  10:10 24:20
  30:17
**hearing**  32:14
**heart**  14:21
**heating**  47:3
**help**  4:5 11:10
**hereto**  52:11
**hey**  31:20
**high**  15:6 26:19
  45:22,22 46:19,20
**higher**  17:11 18:3
  18:5 27:20 37:9
**hinges**  7:10
**historic**  39:14
**historical**  10:2
**hmm**  5:6 18:17
**hold**  21:11
**home**  6:22
**homer**  5:19 6:9
**honor**  5:4 6:6,18
  7:21 13:4 14:18
  17:8 21:5 23:3
  25:11 36:8 41:20
  42:12 43:8 44:18
  45:12 47:17 48:7
**hospital**  7:2
**hotter**  14:7,14
**hour**  19:18,19

                    **i**

**idea**  14:22
**identified**  9:14
  11:9
**ignored**  21:16
**immune**  7:3
**important**  26:14
  32:13 33:17
**imposing**  26:13
**impossible**  24:17
  24:22
**impractical**  44:12
  44:13 49:10
**improvement**  22:6
**inaudible**  6:5
  11:10 13:15 17:8

17:13 25:8 37:8
  40:12,13 41:14
  43:3,15 47:9,9,11
  47:12,13 50:17,21
  50:21,22
**include**  11:20
  20:17 36:3
**included**  5:20
**includes**  21:3 43:9
**including**  6:9 50:8
**increase**  38:5
**increased**  7:1 47:4
**indispensable**
  21:9
**indulgence**  35:15
**industry**  16:5,9
  25:9 27:18
**infeasibility**  49:12
**infeasible**  43:22
  44:13 49:10
**information**  15:15
  17:15 20:19 26:5
**inject**  12:17
**inlet**  23:21 24:18
  27:2 29:3 32:16
  32:19 33:4 34:21
  35:9 37:20 38:8
  42:4,17
**input**  26:20
**inspection**  42:15
  42:16
**inspectors**  42:14
  42:16
**installed**  6:1 28:22
  29:2
**interaction**  27:9
**interested**  52:12
**interplay**  35:9
**interpretation**
  25:3
**interpreted**  21:2
**intervenor**  2:8 3:5
  25:2 40:22

**issue**  4:12 12:9
  23:18 28:10
**issues**  20:8 22:19
  33:1
**it'll**  12:21 43:5

                    **j**

**j**  47:14,20
**ja**  6:7,13 9:14,17
  10:3 16:18 18:14
  26:1,1 33:14,14
  34:11,12 35:12,17
  36:8 37:3 38:16
  38:18,22 43:22
  45:11 48:11,17
  49:22
**jesse**  2:10 40:22
**job**  1:12
**judge**  7:18,22 8:6
  9:2,4 11:1,5 12:6
  12:8 15:19 17:21
  19:2 20:10,10,13
  21:12 22:10 27:6
  27:8,8 29:5,15,18
  31:15 33:5,7,13
  34:11 35:11,19
  36:1,10,15 37:4,8
  38:10,22 40:17
  42:7,9,18 43:4,13
  43:15,19 45:1,3
  45:10,14 50:18
**judges**  11:14 49:8
**judgment**  32:17
  36:14,16 38:6
  44:19 45:3,5
**justice**  22:17
**justification**  13:2
  34:13
**justifying**  12:14

                    **k**

**karynn**  52:2,15
**keep**  20:16 21:20
**keystone**  5:19 6:9
  17:15

**kind**  38:12
**know**  15:13 19:9
  19:21,21 20:2,2,3
  20:8 21:19,22
  24:9,11 25:9 30:9
  32:3 36:7 44:5
**knowledge**  52:6

                    **l**

**landed**  9:20
**language**  19:8
  42:3 48:10
**lapses**  12:7
**large**  4:18 5:18
**largely**  34:1
**largest**  5:16
**laundry**  25:16
**law**  39:20
**lax**  34:17
**layers**  21:14
**lead**  47:4
**leads**  37:5
**leeway**  28:7
**left**  23:12
**legally**  41:22
**letter**  47:14,20
  50:1,2
**letters**  49:21
**level**  10:22 13:19
  13:19,21 14:1,2
  25:22 28:15,19
  29:11 44:14
**levels**  9:16 10:8
  49:20
**light**  26:21
**limit**  17:11 19:18
  19:19 23:10 24:3
  24:18 27:20,22
  28:10,14 30:12
  31:8,13 39:4,18
  39:21 40:2,6
  41:12 47:6
**limitation**  24:4
  25:15

**limitations** 5:2 18:19 24:2 25:16 31:3 36:17 37:13 45:19 46:17
**limited** 5:16
**limits** 16:16 21:20 29:7,10,11 31:9 32:7 34:17 38:12
**liquid** 12:18
**list** 5:20,20 10:6 15:16 25:16
**little** 11:13,19 32:5 43:19
**lives** 30:9
**logic** 36:15 37:5
**look** 6:7 8:13 14:18 15:1 17:18 18:13 19:13 20:7 20:13 22:12 25:22 31:8,17 33:10 34:22 44:10 45:14 48:1
**looked** 10:1 30:22 37:11,12,15,19
**looking** 17:6,13 20:11 27:12 28:11
**loophole** 7:8 13:11 13:15,16,17,18 14:22 20:4 46:13
**loosened** 28:2
**lot** 12:22 17:5
**low** 16:5 34:14 39:3 49:3,5
**lower** 16:11 26:9 31:21 32:18,22 33:4 34:20,21,21 36:20,21 37:10 38:7 39:6 44:14 47:2
**lowest** 7:16

**m**

**maintain** 24:15
**maintained** 20:20

**maintenance** 36:5 38:5 47:5
**majority** 35:7 37:21
**male** 11:11 14:10 30:10 34:10 40:11 40:14
**manipulate** 46:12
**mansfield** 5:20 6:9
**manual** 44:20,20
**margins** 5:9
**market** 23:20 26:17,18 46:1,4 46:12,21
**markets** 5:7
**maryland** 30:19 30:20 50:1
**matched** 10:16
**matter** 14:16 49:6 50:15
**maximum** 23:16
**mcphedran** 2:3 4:2,4,8,8,16 5:4 5:14 6:6,15,18,19 7:21 8:3,7 9:11 10:6,12 11:4,12 12:6,7 13:4,18 14:11,18 16:12 17:17 18:7,18 19:7 20:10,12 21:5,14 22:13 31:16 43:16 44:6 48:5,7,8
**mean** 9:12 20:22 21:15 23:5 31:21 38:15
**means** 16:21 46:5 47:1
**measure** 33:21
**measuring** 19:19
**meet** 40:6
**mention** 13:9
**mentioned** 6:11 10:3 18:9 46:21

**messages** 17:2
**met** 20:19
**metric** 49:12
**middle** 35:21
**mile** 19:18
**million** 6:22 8:20 9:18
**minute** 34:10
**minutes** 10:3 11:11 14:10 23:2 23:3 30:10 41:15 47:11 48:8 50:17
**missing** 17:12,13 25:6,10
**mixed** 17:1
**mm** 5:6 18:17
**mode** 46:3,22
**modest** 34:15
**modifies** 37:17
**modify** 40:5
**moment** 12:4 35:15
**monthly** 10:16,17 16:13
**months** 10:16
**montour** 5:19 6:10 17:16

**n**

**n** 2:1,6 3:1,1 4:1
**nails** 21:8
**name** 22:16 40:22
**necessarily** 39:12
**necessary** 24:9,10 25:7
**need** 4:6 21:7,19 28:19 44:15 46:3
**neither** 13:10 52:7
**new** 30:12 50:2
**night** 18:6 28:5
**nitrogen** 8:21 34:3 34:3
**nitrous** 5:10
**noncatalytic** 36:18

**note** 43:8 49:20
**noted** 17:8 31:3 38:19
**notes** 38:19
**nox** 15:2,8 16:20 20:9 21:20 23:10 24:3 27:3 28:11 32:18 33:3,21 34:14,20,21 35:2 35:10 36:20 37:10 37:17 38:1,7,21 39:6 49:3,5
**number** 5:16 8:20 8:22 9:21,22 35:17 50:16
**numbers** 4:14

**o**

**o** 3:1 4:1
**obvious** 12:3
**occurs** 34:4
**ocr** 31:11
**offered** 6:8
**offhand** 45:12
**oh** 38:22 40:16 50:20
**okay** 4:5 6:3,14 7:18,22 9:2 10:12 11:12 15:19 17:21 23:5 27:6 28:1 29:15 33:5,13 34:11 35:16 36:1 38:22 40:16 43:13 45:16 47:16,22 48:3 50:13
**operate** 29:6 32:22 33:19 46:2 46:6,7,22
**operating** 10:15 17:3,10 27:1 28:17 33:18 35:1 36:21 38:3,8 42:2 43:9 44:7 46:2 48:14 49:9

**operation** 17:1,7 46:1,20
**operational** 32:22 34:9 47:3
**operationally** 36:1
**operations** 17:9 26:18,20 40:5
**operator** 20:14 24:17,22
**operators** 24:15
**opponent** 24:20 32:15
**opportunity** 16:13 16:15
**opposing** 20:22 21:1,6 22:11 48:1
**optimal** 31:20,20 38:3 44:8
**optimizing** 36:4
**oral** 1:10
**order** 40:6
**otr** 31:1
**ought** 17:5
**outcome** 52:12
**outside** 25:8 29:10
**overnight** 12:21 28:5 32:4
**owner** 20:14
**oxide** 5:10 34:3
**oxides** 8:21
**ozone** 6:21 7:3

**p**

**p** 2:1,1 4:1
**padep's** 36:19
**page** 3:2 12:1 14:20 16:17 35:22 36:8 37:1,3 49:1
**pages** 19:10 26:1 33:11 45:7,7
**panel** 40:9
**paragraph** 35:21 35:21 36:11,13 37:3 38:18

**parameters** 24:10
**pardon** 36:7
**part** 9:22 42:16
**particular** 13:6 16:20 24:18 25:15 27:4 34:4 39:22 50:1
**particularly** 5:7 25:22
**parties** 52:8,11
**pass** 27:20
**pennsylvania** 2:8 5:8,18 6:20 8:14 10:1 15:20 19:16 21:13 23:4,20 25:3,17,21 26:2,6 26:16 27:3,16 28:15,20 29:20 30:3 31:12 34:19 35:12 37:15 38:1 39:7,20 40:7 41:1 41:3 42:10 50:4 51:1
**pennsylvania's** 23:10,22 24:3 25:1,14,19 26:4 26:20 28:12 30:9 31:3,9 35:5 39:14 39:18 41:7,9,12 41:21
**people** 6:22
**percent** 15:5,8,10 48:19
**percentile** 9:7,7 27:13,19 28:1
**performer** 9:7
**performing** 23:17
**period** 4:13 17:22 18:11 20:21
**permit** 42:15 43:9
**permits** 42:5,5
**permitting** 11:17 26:4

**petitioner** 1:5 2:2 3:3,6 4:9 6:20
**ph** 10:22 26:9 47:15 50:16
**pick** 5:12
**picked** 9:5 15:21
**picking** 10:13
**picks** 10:8
**piece** 11:22 32:13
**pjm** 46:4
**place** 15:2 27:22 33:8 49:3
**places** 32:9
**plain** 42:2
**plan** 19:5
**plant** 5:21,22 6:12 46:19
**plants** 4:11,15,17 4:19 5:9,16,16,18 5:19 6:8 8:14,15 10:2,6,14,15,18 15:6,7,22 16:2 17:6,9 20:8 27:14 27:19 28:3 41:5 46:2,6,9,11
**please** 6:19 14:12 18:17 22:15 35:15 40:21 45:15
**point** 9:9 16:18 22:9 31:16 32:19 35:11 38:11 39:3 39:9,13 41:7,8,15 41:21 43:8 49:18
**pointed** 32:20 36:8 44:6 48:10 48:21
**points** 41:6 48:9 48:13
**poisoning** 16:7
**police** 21:3
**polluters** 21:19
**polluting** 39:16
**pollution** 6:12,21 7:4 14:3 15:9 27:5

**33:22 41:2,5,12 42:2**
**posed** 5:2
**position** 44:22
**possible** 33:3 35:13
**post** 49:4
**pounds** 8:20 9:18
**power** 4:11,18 5:8 5:17 41:5 46:6,8
**practical** 37:8
**practically** 44:2
**practice** 16:6 42:14
**preamble** 11:22
**prepared** 52:3
**presumably** 17:1 18:10,14
**problem** 6:21 9:22 10:7 12:15 18:1,1 18:21 20:1
**problems** 7:5 26:10 47:3
**proceed** 6:15
**proceeding** 49:17 52:4
**proceedings** 51:3 52:6
**process** 26:4
**program** 5:8
**prometheus** 50:6
**promise** 22:5
**proposed** 13:9 17:19
**protection** 1:7 2:9 22:18 23:4 41:1 42:11 51:1,2
**prove** 24:22
**provision** 25:12 25:18
**provisions** 42:6
**public** 43:12
**purposes** 18:12

**push**  32:10

## q

**qualification**  8:9
17:8
**qualify**  8:4
**qualifying**  17:4
**question**  4:6,10
6:5,16 8:12,18,19
9:4 10:10 11:6
12:11 30:17 43:10
44:17 49:9,11
**questions**  40:8,13
47:9,13 49:19
50:14
**quick**  48:9
**quite**  11:22

## r

**r**  2:1 4:1
**ract**  9:6 28:15,18
28:19 29:11 31:2
**radio**  50:6
**range**  9:16,17,19
10:14 27:12 31:20
33:17,18,19,20
34:5,5,8,9 35:2,7
44:7,8,9 48:15
**ranges**  31:11
**rate**  7:6,13 8:20
16:20,22 20:2
22:9 33:4 37:20
39:6,11,12
**rates**  7:16 31:22
36:20
**ratified**  27:17
**ratifies**  10:7
**ratifying**  16:22
17:9,11
**rational**  50:9
**reaction**  14:8,9,14
14:15 34:3
**readily**  46:18
**reading**  36:22
38:10

**ready**  4:3,4
**reagents**  36:5
**realistic**  5:3
**realities**  46:22
**really**  12:9,22
13:2,8 14:21 17:5
17:5,9 21:9,18
30:12
**reason**  9:12 17:10
33:20
**reasonable**  7:14
7:19 11:18 28:6
36:3
**reasonably**  13:12
23:13,18 41:13
49:13
**reasons**  9:12
47:10
**recess**  50:16
**record**  7:9 13:1,5
16:17,19 17:2
25:7 26:5 29:12
30:13 32:2,5 33:8
33:8 37:14 38:13
39:20 40:2 41:11
42:3 43:20 44:4
44:10,21 45:3,5
47:5,15 49:16,21
52:5
**recorded**  20:19
**recording**  18:22
52:4
**recordkeeping**
7:10 12:5,12
18:16,18 24:5,11
25:12,17 41:9,19
41:22 42:6
**records**  20:16
21:20 42:22 43:11
**reduce**  15:17
37:17 41:4
**reduced**  33:22
**reduces**  34:3

**reduction**  4:19 6:2
8:17 15:2,4,5,11
15:12 27:15 28:11
31:18 33:21 34:16
35:3 36:18 44:14
48:15,19 49:2,4
**reductions**  27:4
28:21 30:4 31:4
31:12 32:18 34:13
34:20 35:3 38:2
**refer**  9:14
**reference**  48:13
**referenced**  45:21
**references**  32:2
**referred**  25:20
**refers**  9:16 26:2
**reflected**  37:13
**regard**  5:1
**regards**  12:2
**register**  33:11
**regulating**  26:21
41:2
**regulation**  21:8
30:9
**related**  52:7
**relates**  35:10
**relative**  52:10
**relatively**  6:1
**relevant**  50:7
**relied**  23:15
**remained**  39:17
**remand**  50:11
**remember**  15:5
**removal**  35:10
38:21
**rendered**  38:6
**repeat**  5:5 14:11
**report**  19:4 20:6
21:21
**reported**  21:10
42:10
**reporting**  7:11
18:22 19:11 22:8
25:8 26:2 41:22

42:6

**represent**  22:17
40:22
**representative**
4:13 5:12
**represents**  41:12
**request**  21:16
**requests**  21:13
**require**  7:11 8:2
18:22 19:4,11,15
28:21 29:2 30:4
32:7 44:14
**required**  19:5
21:3 23:15,21
25:17 26:3 31:4
31:12 37:15 38:7
39:21 40:5
**requirement**  7:10
15:18 20:6 24:5
**requirements**  19:3
19:3 20:18 25:21
26:3 41:9,22
**requires**  7:15
18:19 19:18 24:15
27:3 38:1 42:3
**requiring**  10:9
**reserve**  23:3
**reserved**  47:11
48:5,8
**respect**  24:7 25:15
39:4 49:10
**respectfully**  49:11
**responded**  47:12
**respondent**  1:8
2:5 3:4 22:17
**responding**  15:21
**response**  12:20
15:19 22:12 34:18
45:7,9 47:6
**responsible**  25:4
**result**  35:3 36:20
37:10
**revealed**  39:19

reversible 46:18
review 22:1 34:7
  42:21 43:1
reviewed 23:22
revision 25:14
right 6:7 8:6 12:14
  17:17 21:22 22:10
  25:6 27:15 35:11
  36:10 37:4 47:8
role 26:14
room 7:1
round 33:4
routinely 42:10
rule 4:18 5:15 7:6
  8:14 10:17 13:9
  13:10 16:15,19
  17:19 18:11,22
  19:8 20:11 21:10
  22:4,6,7 24:15,21
  25:5 31:3 33:11
  38:17 41:7 42:3,5
  48:11
rulemaking 9:16
  19:12 25:22 41:4
rules 19:11
run 26:10 46:19
  47:1
running 39:3

**s**

s 2:1 3:1 4:1
satisfactory 50:8
saw 5:6
saying 8:5 32:11
  32:21
says 16:22 17:5
scr 17:1,3,6,10
  24:2 27:15 28:22
  31:18 33:19 34:21
  36:2,17,19 37:13
  38:7,19 40:6
  45:19 49:9
scrs 44:3
second 7:7 23:20
  41:8,15,21 48:12

section 18:20
  20:15
sector 15:8
see 12:22 15:1
  17:14 26:1 33:7
  34:11 37:4 39:2
  39:22 42:16 48:18
seeing 44:3
seeks 24:5
seen 10:9
sees 48:17
select 9:9
selected 4:11,15
  5:9 6:4
selective 4:19 6:2
  8:16 15:4,11
  36:18 48:15 49:2
  49:3
seminal 9:15
send 47:20
sentence 8:4 36:13
  37:2
sequence 49:6
serve 19:12
set 39:15
setting 31:7
seventeen 6:22
shifted 26:18
short 12:21
shorter 18:10 34:9
show 5:2 39:6
showing 5:8
shows 10:18 16:19
  35:6 41:11
shutdowns 47:4
side 4:12 20:3,5
sierra 1:4 4:9 6:20
  23:14 24:5 28:16
  30:11 32:19 39:4
  39:5,17 40:3 46:9
  46:18
signature 52:14
simple 24:14

simply 15:14
  16:21 49:17
sip 25:14
six 4:17 6:10
sixth 5:22 6:11
skills 52:6
slight 34:15
slightly 31:21
  34:14
slip 12:14,17 13:2
  13:6 32:2 44:2
smog 6:21
sncr 36:2,18,20
solution 26:21
somebody's 19:19
sorry 4:21 5:4
  11:7 14:11 30:16
  36:22 47:16
sort 9:17
sounded 7:22
soup 11:13
source 20:14 30:5
  39:22
source's 39:11
sources 8:11 23:17
  26:21 31:5 39:7
  39:16 40:4
speaker 11:11
  14:10 30:10 34:10
  40:11,14
specific 11:22 19:7
  24:4 25:20 28:21
  32:6
specifically 19:15
spectrum 9:10
speed 19:18,19,20
spends 19:10
standard 7:14,17
  8:1,13,16 9:6 11:3
  11:16,16,18 15:22
  23:17 50:6
standards 49:14
stands 22:7

starkly 23:14
start 7:13 41:15
starting 49:21
state 12:13 19:2,3
  19:4 25:3,13,22
  29:20 40:4
statements 21:6
states 1:1 22:17
  29:13,18,18,21
  30:1,2,4,7 31:1,11
  49:20 50:3
step 26:14
sticky 12:18 32:4
stream 34:1 37:19
streams 29:1
stringent 14:2
  18:12 20:5,5
  31:10,10 39:21
  40:6 50:4
strong 35:13
subject 17:7 20:15
  20:15 29:7 42:4
submit 47:14
submitted 10:14
substantial 31:18
substantially 28:4
substituting 49:7
suffer 7:1
suffers 6:20
sufficient 13:22
  19:6 20:17 21:1
  39:6
sufficiently 39:18
suggest 49:11
suggests 46:19
suit 21:6
suits 42:19
support 9:15
  10:22 35:17 47:6
supported 7:7,9
  8:22 9:13 13:7
  15:14 30:6
supports 44:22

sure 9:11 11:5 35:14 37:11 38:15 41:17 48:6
surrounding 29:21
survive 10:21
system 16:15 34:6 35:1
systems 7:3 36:4 40:6

**t**

t 3:1,1
tacking 28:7
take 4:12 12:8 23:2 26:14 28:1 35:16 40:8 50:15
taken 52:9
talk 4:22 9:3 11:8 12:4,11,12 13:14 14:6 22:21 27:7 29:15,17 30:15 31:6,14,15 33:6,9 37:7 40:18 42:8 43:2,14
talking 5:5,11 17:2 44:8
technical 9:15 24:2 34:7 35:1,17 37:12,22 38:6,12 39:9 43:21,21 44:11
technically 11:2 36:2 39:18 44:13
technological 8:8 8:19
technology 7:14 7:17,19,20 8:12 9:17 11:15,16 12:2 13:12 15:3 23:16 29:1,3 39:19 40:3 41:13 45:19,22 46:17,21 49:14

temperature 7:8 7:11,11 12:5,10 12:11,12 13:11 14:22 16:5 19:1,5 19:15 20:3,4,6 21:8 22:4 23:21 24:12,19 26:12,17 26:22 27:2 32:16 33:17 34:1,4 35:2 35:9 37:20 38:8 42:1,4,17,22 43:4 44:15,16 46:7,10 47:2
temperatures 16:11 21:3 29:3 32:19,22 33:4 34:22 36:21 38:4 42:9 44:15 49:16
term 12:21
terms 4:12 7:15 38:1 49:8,15
thank 4:10 6:18 22:13 23:8 24:13 28:8 30:18 32:12 40:9,10,19 44:17 48:3,4 50:14
thanks 50:20
theses 26:18
thing 12:21 30:13 39:4
things 18:8 19:4,6 19:12 37:12 38:5
think 6:6 8:14 9:6 13:4,13 14:21 16:17 17:4,17 18:7 25:11 28:10 38:15 48:5 49:22
third 1:2 7:9 24:3 36:12 37:3 48:11 48:17
thought 10:10 30:17
thoughtful 23:9

three 7:5 14:3 22:19 34:17 48:8 50:14
threshold 23:22 26:13,17,22 28:18 29:10,19,21 30:1 32:17 35:5 42:2 44:15,16
threw 15:22
thursday 1:11
tiers 28:13
time 4:13 12:7 17:7,7 18:15 20:20 22:22 24:11 32:8 39:3 42:17 47:11 48:6
times 14:3 34:17
top 28:7 34:12
toughest 7:16
train 49:5
transcriber 52:1
transcript 50:19 52:3,5
troubled 43:20
true 14:8,15 29:9 33:19 52:5
trying 19:10,20
turning 16:3
turnpike 19:16,17
two 14:10 18:8,9 23:5,6 27:18 28:13 41:6,15 47:11 48:13
type 31:2,8 34:5

**u**

u.s. 22:16 50:22
unbeknownst 47:10
understand 8:1 26:9
understanding 4:16 5:15 16:2
unidentified 11:11 14:10 30:10 34:10

40:11,14
unique 31:4
unit 5:10 17:15,16
united 1:1 22:17
units 26:19 27:1 28:22 37:16 42:3 42:4
universe 6:7
unnecessary 24:6
unplanned 47:4
upgrade 40:5
upheld 39:10
urge 50:5,10
use 29:2 44:3,6
uses 11:17,18

**v**

v 1:6
vapor 34:4
variable 26:20 46:3,22
vary 34:5
versus 39:9 40:1
view 40:3
violation 19:21
virtue 26:3
visits 7:2

**w**

walker 2:10 40:20 40:21,22 41:17,20 42:12,20 43:7,18 44:17 45:2,6,12 45:16 47:16,22 48:3
want 21:15,18 32:1 39:3,13 41:6 45:17 46:15 48:12 49:1
wanted 32:15 47:19
water 34:4
way 11:21 12:22 15:13 16:9 20:7 21:2 22:1 27:1,11

32:11 37:17 48:2
**we've**   10:9,16
**whim**   46:9
**wide**   16:15
**widely**   12:2
**wider**   33:19
**willing**   18:13
**willman**   52:2,15
**wisconsin**   39:9
   40:1
**word**   11:17,18
   17:4 18:16
**words**   18:9
**work**   12:16
**works**   16:9
**worst**   39:15
**wrong**   36:8

**y**

**yeah**   12:6 14:13
   20:12 30:18 43:18
   47:18
**year**   5:21 33:4
**years**   10:19 39:14
**york**   30:12 50:2

## CERTIFICATE OF ACCURACY

I, Brandon N. Adkins, am liaison counsel for the purpose of coordinating the production of a transcript of the May 21, 2020 argument in Third Circuit Case No. 19-2562. Counsel for the parties reviewed and made corrections to the transcript. On behalf of all parties, I certify that the transcript filed with the Court is accurate.


*s/ Brandon N. Adkins*
BRANDON N. ADKINS