# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. __19-2562__

__Sierra Club__ vs. __U.S. Environmental Protection Agency__

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

__Sierra Club__

Indicate the party's role IN THIS COURT (check **only** one):

☑ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)
☐ Respondent(s)   ☐ Appellee(s)   ☐ Amicus Curiae

(Type or Print) Counse's Name __Zachary M. Fabish__

☑ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Miss   ☐ Mx.

Firm __Sierra Club__

Address __50 F Street, NW - 8th Floor__

City, State, Zip Code __Washington, DC 20001__

Phone __(202) 675-7917__   Fax __(202) 547-6009__

Primary E-Mail Address (required) __zachary.fabish@sierraclub.org__
Additional E-Mail Address (1) ____
Additional E-Mail Address (2) ____
Additional E-Mail Address (3) ____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** __/s/ Zachary M. Fabish__

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 5/7/2019

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2019, the foregoing was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record through the Court's electronic filing system (ECF).

/s/ Zachary M. Fabish
Zachary M. Fabish

*Counsel for Sierra Club*